UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH McKENDALL** | **CIVIL ACTION** |
| versus | **NO. 13-6047** |
| **WARDEN RADAR** | **SECTION: "F" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Joseph McKendall** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 6th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE